**FILED**

June 22, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARIA DE LA LUZ HERNANDEZ GARCIA,** | § § § | |
| **Petitioner,** | § § § | **NO. SA-26-CV-3290-OLG** |
| **v.** | § § § | |
| **MIGUEL VERGARA** *et al.*, | § § § | |
| **Respondents.** | § | |

## <u>ORDER</u>

Pending before the Court is Petitioner Maria De La Luz Hernandez Garcia's Emergency Motion for a Temporary Restraining Order and Preliminary Injunction Staying Removal (Dkt. No. 6), wherein she represents that her removal is "imminent" and asks the Court to prohibit "Respondents from executing a removal order or deporting Petitioner from the United States." Dkt. No. 6 at 1, 4. But the Court lacks "jurisdiction over claims connected directly and immediately with a decision or action by the Attorney General to commence proceedings, adjudicate cases, or execute removal orders." *Imran v. Harper*, No. 25-30370, 2026 WL 93131, at *1 (5th Cir. Jan. 13, 2026) (citation modified); *see* 8 U.S.C. § 1252(g). Accordingly, the Court lacks jurisdiction over Petitioner's "request for a stay of removal," *Imran*, 2026 WL 93131, at *1 (first citing *Fabuluje v. I.N.A.*, 244 F.3d 133, 133 (5th Cir. 2000); and then citing *Idokogi v. Ashcroft*, 66 F. App'x 526, 526 (5th Cir. 2003)), and the Motion (Dkt. No. 6) is **DENIED**.[1]

**SIGNED** on June 22, 2026.

_____
ORLANDO L. GARCIA
United States District Judge

---

[1]If Petitioner is removed from the United States, the parties shall advise the Court of that development as quickly as practicable.